[No. 1633-3.    Division Three.    November 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY RENTIE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 2049, Donald N. Olson, J., entered June

30, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.